## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Ollie Gertrude Banks | ) | |
| | ) | Case No. 14-7696 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

### NOTICE OF MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on **Monday, April 21, 2014** at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Barnes in Courtroom 613 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **MOTION TO CONFIRM TERMINATION OR ABSENCE OF AUTOMATIC STAY**, a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By: /s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

### CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240 Chicago, Illinois 60606 on April 10, 2014.

/s/Karen J. Porter

Ollie Gertrude Banks
Case 14-7696
Service List

Via ecm electronic filing

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Marilyn O Marshall
224 South Michigan, Suite 800
Chicago, Il 60604

Via regular mail

Ollie Gertrude Banks
P.O. Box 1906
Harvey, IL 60426

Ollie Gertrude Banks
15927 Dixie Highway
Harvey, IL 60426

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Ollie Gertrude Banks | ) | |
| | ) | Case No. 14-0796 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

## MOTION TO CONFIRM TERMINATION OR ABSENCE OF AUTOMATIC STAY

Clear Choice Properties, LLC ( "Clear Choice"), by and through its undersigned attorneys, moves this honorable court pursuant to 11 USC §362(c)(3)(A) for the entry of an order confirming that the automatic stay has terminated, and in support thereof respectfully states as follows:

1. Gertrude Ollie Banks ("Debtor") commenced a voluntary Chapter 13 bankruptcy case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Code") on March 5, 2014 in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (G), and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois. Venue of this action in this District is proper pursuant to 28 U.S.C. §1409.

3. On or about October 3, 2008 Debtor granted ALSJ, Inc. a mortgage on the real property located at 15927 Dixie Highway, Harvey, Illinois, 60426 to secured an indebtedness in the principal amount of $25,000.00. The mortgage was recorded on October 8, 2008 as

document number 0828201102 in the Cook County Recorder of Deeds. On October 8, 2008 the Assignment of Rents Debtor also granted ALSJ, Inc. was recorded as document number 0828201103 in the Cook County Recorder of Deeds.

4. On or about January 3, 2013, ALSJ, Inc. assigned its rights to Clear Choice Properties, LLC ("Clear Choice"). On or about April 3, 2013, Clear Choice filed foreclosure case number 2013 CH 8874 against the Debtor in the Circuit Court of Cook County.

5. Section 362(c)(3)(A) of the Code provides that:

> (3) if a single or joint case is filed by or against a debtor who is an individual in a case under chapter 7, 11, or 13, and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b)—
>
> (A) the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the debtor on the 30th day after the filing of the later case;

6. The petition filed by the Debtor on March 5, 2014 to commence this case does not list any prior bankruptcy cases filed within the last eight years. A copy of the petition is attached to this motion as Exhibit A.

7. In fact, Debtor filed another case which was dismissed by the court. Debtor filed a chapter 13 case numbered 13-27066 on July 2, 2013. That chapter 13 case was dismissed by the court for the failure to file a plan on October 8, 2013. A copy of the order of dismissal is attached to this motion as Exhibit B.

8. The Debtor's prior chapter 13 case numbered 13-27066 was not dismissed under section 707(b).

document number 0828201102 in the Cook County Recorder of Deeds. On October 8, 2008 the Assignment of Rents Debtor also granted ALSJ, Inc. was recorded as document number 0828201103 in the Cook County Recorder of Deeds.

4. On or about January 3, 2013, ALSJ, Inc. assigned its rights to Clear Choice Properties, LLC ("Clear Choice"). On or about April 3, 2013, Clear Choice filed foreclosure case number 2013 CH 8874 against the Debtor in the Circuit Court of Cook County.

5. Section 362(c)(3)(A) of the Code provides that:

> (3) if a single or joint case is filed by or against a debtor who is an individual in a case under chapter 7, 11, or 13, and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b)—
>
> (A) the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the debtor on the 30th day after the filing of the later case;

6. The petition filed by the Debtor on March 5, 2014 to commence this case does not list any prior bankruptcy cases filed within the last eight years. A copy of the petition is attached to this motion as Exhibit A.

7. In fact, Debtor filed another case which was dismissed by the court. Debtor filed a chapter 13 case numbered 13-27066 on July 2, 2013. That chapter 13 case was dismissed by the court for the failure to file a plan on October 8, 2013. A copy of the order of dismissal is attached to this motion as Exhibit B.

8. The Debtor's prior chapter 13 case numbered 13-27066 was not dismissed under section 707(b).

9. Section 362(c)(3)(A) of the Code applies to the Debtor. The Debtor is an individual that had a pending case within the last 365 days that was dismissed by the court.

10. The current chapter 13 case was filed on March 5, 2014. Pursuant to Section 362(c)(3)(A) the automatic stay terminated on April 4, 2014, which was the 30th day after the current case was filed.

11. The Debtor failed to take any action under Section 362(c)(3)(B) to extend the automatic stay to Clear Choice, or any other creditor, before the stay terminated on April 4, 2014.

WHEREFORE, Clear Choice Properties, LLC, prays for an entry of an order confirming the termination of the automatic stay on April 4, 2014 and for such other and different relief as the court deems proper and just:

        Respectfully submitted,
        CLEAR CHOICE PROPERTIES, LLC.
        By: _/s/Karen J. Porter
        One of its Attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
(312) 372-4400
Fax (312) 372-4160
Atty No 6188626

Case 14-07696  Doc 15  Filed 04/10/14  Entered 04/10/14 19:18:59  Desc Main
            Document      Page 7 of 10
Case 14-07696  Doc 1  Filed 03/05/14  Entered 03/05/14 12:10:27  Desc Main
            Document      Page 1 of 26

B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | | VOLUNTARY PETITION |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>~~OLLIE GERTRUDE BANKS~~ BANKS, OLLIE, GERTRUDE | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>~~OLLIE GERTRUDE BANKS~~ | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6066 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>~~8400 GRANT CIRCLE #414~~ 15927 DIXIE HWY<br>~~MERRILVILLE, INDIANA 46410~~ HARVEY IL 60426<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>~~LAKE~~ COOK | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>P O BOX 1906<br>HARVEY, ILLINOIS 60426<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>15927 DIXIE HWY HARVEY, ILLINOIS 60426<br>ZIP CODE | | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☑ Chapter 13<br><br>☐ Chapter 15 Petition for<br>  Recognition of a Foreign<br>  Main Proceeding<br>☐ Chapter 15 Petition for<br>  Recognition of a Foreign<br>  Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☑ | | | | EXHIBIT A | | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 | | | | | | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                        Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>OLLIE GERTRUDE BANKS | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: Northern District of Illinois | Case Number: | Date Filed: |
| Location Where Filed: Northern District of Illinois | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>OLLIE GERTRUDE BANKS |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ollie Banks*
Signature of Debtor

X *Ollie Banks*
Signature of Joint Debtor
708-244-4049
Telephone Number (if not represented by attorney)
*March 5, 2014*
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

[Reset] [Save As...] [Print]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division Div

| In Re: | ) | BK No.: 13-27066 |
|---|---|---|
| Ollie Gertrude Banks | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER DISMISSING CASE FOR FAILURE TO FILE A PLAN

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed pursuant to 11 U.S.C. § 1307 (c) (3), for failure to file a plan timely.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 08, 2013

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

EXHIBIT B